WILLIAM SENIOR, Plaintiff in Error, *v.* ALEXANDER BREBNOR *et al.*, Defendants in Error.

ERROR TO PEORIA.

A mechanics' lien cannot be sustained on a contract, which does not contain a provision, that the work shall be completed within three years.

THIS was a petition for a mechanics' lien, filed in the Peoria Circuit Court, alleging a verbal contract made on 5th December, 1854, to furnish materials and erect a building in the town of Peoria. There was a trial by jury, and a verdict found for the defendants, in the court below. The petitioner in the court below sued out this writ of error.

C. C. BONNEY, for Plaintiff in Error.

MANNING & MERRIMAN, and J. K. COOPER, for Defendants in Error.

WALKER, J. The contract upon which this proceeding is based, to enforce a mechanics' lien, contains no provision that the work shall be completed within the period of three years. Under the statute, such a provision is necessary before the lien can attach. See *Cook* v. *Heald*, p. 425, and *Cook* v. *Vreeland*, p. 431, of vol. 21 of Ill. R., where the same point is presented and so decided. This proceeding is in derogation of the common law and of common right, and persons to avail themselves of the benefit of the statute, must bring themselves within its provisions. The act confers special privileges upon a particular class of citizens, and it should not be extended beyond the cases for which it has made provision.

The judgment must be affirmed, and the bill dismissed.

*Decree affirmed.*